1  Patricia M. Hernandez
   1980 Tobago Ave.
2  San Jose, CA 95122

3  Telephone: 408-971-4272

4  Plaintiff



5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

9  PATRICIA M. HERNANDEZ, individually
   and on behalf of the general public
10                              Plaintiff,          Case No. C08 01630

11          v.                                      APPLICATION TO PROCEED IN
                                                    FORMA PAUPERIS
12 PATRICIA ALVAREZ; GLORIA ALVAREZ; BIC
   D. PHO; DAVID MCCAIN; VISION QUEST 21,           (Non-Prisoner Case)         PVT
13 INC., a California Corporation doing business as
   Century 21 Su Casa, Su Casa Realty, Aborn Prestige
14 Homes & Estates, Aborn Prestige Properties, Century
                                                    Judge:
15 21 Ruby, Century 21 Fine Homes & Estates, Ruby
   Prestige Homes & Estates, and Ruby Prestige
16 Properties; EDDIE BURNIAS; MARIO BURNIAS;
   MARIPOSA MORTGAGE INC., a California
17 Corporation doing business as Mariposa Mortgage,
   Mariposa Mortgage of Almaden, and Mariposa
18 Mortgage West; HILTON STANLEY CAPITAL, a
   Nevada Corporation doing business as Gold en Image
19 Group, Realty Executives Golden Image, Realty
   Executives Golden Image Group; JOANNE WONG;
20
   MICHAEL ANDIN; COUNTRYWIDE BANK,
21 FSB; DEANNA GLOVER; MARIA ANTUNES;
   THE CLOSING COMPANY – ESCROW
22 SERVICE; MARIA RODRIGUEZ; E. SALAZAR;
   DARRELL KETTNER; AEQUITAS, APPRAISAL
23 GROUP, ALEJANDRA ANDRADE, ENRIQUE
   AMEZCUA; and DOES I to 50, inclusive;
24
25
                              Defendants.
26
          I, Patricia M. Hernandez, declare under penalty of perjury that I am the plaintiff in the
27
   above-entitled case and that the information I offer throughout this application is true and correct.
28

                                                  1
                           APPLICATION TO PROCEED IN FORMA PAUPERIS

I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that, because of my poverty, I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. I am currently employed as a Porter for Bay 101. My gross and net salary per month vary, but I estimate that my present monthly gross wages are $2,195.84. I estimate that my monthly net wages are $1,647.84. Bay 101 is located at 1801 Bering Drive, San Jose, CA, 95112.

2. Over the last twelve months:
    a. I received <u>no</u> money from business, profession or self employment.
    b. I received <u>no</u> money from income from stocks, bonds or royalties.
    c. I received $4,500 in rent from the rental of one room where I reside, but no longer receive rental income.
    d. I received <u>no</u> money from pensions, annuities, or life insurance payments
    e. I received <u>no</u> money from Federal or State welfare payments, or other government source.
    f. I received $2,640 from Social Security for my two minor children on their behalf.

3. I am <u>not</u> married. I contribute no income to support my former spouse.

4. I am a divorced mother of two minor children who reside with me, and I receive $600 per month in child support payments from my ex-husband, Antonio Hernandez. Otherwise, I provide substantial support to two minor children, A.H., age 14, and V.H., age 17.

5. The issues before the court, in part, address the ownership and liability for the mortgage for the residential property located at 1980 Tobago Avenue, San Jose, California. I understand and believe that the estimated market value of this home is $370,000 and the present mortgage liability presently designated to me is $546,885.21.

6. I own a 2002 Toyota Camry. I finance this car, and my monthly payment is $270 per month. Approximately $5,900 remains due on the car. I own a second car, a 1990 Acura, valued at $900, and I no longer finance this second car.

7. I have a bank account at Bank of America, the East Branch, located at 2300 Alum Rock Avenue in San Jose, California. My average balance is approximately $600.

8. I do not own any cash.

9. I have no other assets.

10. My monthly expenses are as follows:

    a. Mortgage: $3,500

    b. Utilities: $190

    c. Clothes: $200

    d. Car payment: $270

    e. Car Insurance: $200

11. I have the following credit account:

    a. Consolidated Credit with a monthly payment of $402 per month and an outstanding balance of $16,005.49.

12. I have the following other debts to:

    a. My brother, Javier Mondragon, in the amount of $3,000.

    b. My friend, Miguel, in the amount of approximately $1,000.

    c. My friend, Servando Fernandez, in the amount of $6,000.

13. The complaint which I am seeking to file does not raise civil claims that concern the same parties, property, and transaction that have been presented before this district.

This document has been translated for me from English to Spanish, and I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in dismissal of my claims.

DATED: 3-26-08

*[signature]*

Patricia M. Hernandez