RECEIVED

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADR

| | |
|---|---|
| PATRICIA M. HERNANDEZ, individually and on behalf of the general public,<br><br>      Plaintiff,<br><br>  v.<br><br>PATRICIA ALVAREZ; GLORIA ALVAREZ; BIC D. PHO; DAVID MCCAIN; VISION QUEST 21, INC., a California Corporation doing business as Century 21 Su Casa, Su Casa Realty, Aborn Prestige Homes & Estates, Aborn Prestige Properties, Century 21 Ruby, Century 21 Fine Homes & Estates, Ruby Prestige Homes & Estates, and Ruby Prestige Properties; EDDIE BURNIAS; MARIO BURNIAS; MARIPOSA MORTGAGE INC., a California Corporation doing business as Mariposa Mortgage, Mariposa Mortgage of Almaden, and Mariposa Mortgage West; HILTON STANLEY CAPITAL, a Nevada Corporation doing business as Gold en Image Group, Realty Executives Golden Image, Realty Executives Golden Image Group; JOANNE WONG; MICHAEL ANDIN; COUNTRYWIDE BANK, FSB; DEANNA GLOVER; MARIA ANTUNES; THE CLOSING COMPANY – ESCROW SERVICE; MARIA RODRIGUEZ; E. SALAZAR; DARRELL KETTNER; AEQUITAS, APPRAISAL GROUP, ALEJANDRA ANDRADE, ENRIQUE AMEZCUA; and DOES 1 to 50, inclusive;<br><br>      Defendants. | Case No.: C08 01630 PVT<br><br>ORDER ON APPLICATION OF PATRICIA M. HERNANDEZ TO PROCEED IN FORMA PAUPERIS<br><br>Judge: |

---
1
ORDER

1  The Court, having considered the application of Patricia M. Hernandez to precede in this action in
2  forma pauperis, and good cause appearing therefor, the application of PATRICIA M. HERNANDEZ to
3  proceed in forma pauperis is granted. It is so ordered.

4  DATED: _____

6
7                                    _____
                                     United States District Court Judge

2
ORDER