1 Patricia M. Hernandez
2 1980 Tobago Avenue
3 San Jose, CA 95122
4 Telephone: 408-971-4272
5 PLAINTIFF

FILED
2008 APR -1  P 4: 12
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. (S.J.)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Hernandez, Patricia M.  )
                        )
            Plaintiff,  )   CASE NO. C08-01630 PVT
                        )
    vs.                 )   APPLICATION TO PROCEED
Alvarez, Patricia et al. )   IN FORMA PAUPERIS
                        )   (Non-prisoner cases only)
            Defendant.  )

I, Patricia M. Hernandez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?                    Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $2195.84                Net: $1647.84

Employer: Bay 101
1801 Bering Drive, San Jose, CA 95112

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

| | | | |
|---|---|---|---|
| 7 | a. | Business, Profession or self employment? | Yes ___ No ✓ |
| 9 | b. | Income from stocks, bonds, or royalties? | Yes ___ No ✓ |
| 11 | c. | Rent payments? | Yes ✓ No ___ |
| 12 | d. | Pensions, annuities, or life insurance payments? | Yes ___ No ✓ |
| 14 | e. | Federal or State welfare payments, Social Security or other government source? | Yes ✓ No ___ |

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  I received $4,500 in rent from rental of one room where I reside, but no longer receive rental income.

20  I received $2,640 from Social Security for my two minor children on their behalf.

21  3.    Are you married?    Yes ___ No ✓

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____  Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27         b.    List the persons other than your spouse who are dependent upon you for support

28  and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

A.H. age 14, and V.H. age 17

substantial amount

5. Do you own or are you buying a home?    Yes ✓  No ___

Estimated Market Value: $ 370,000    Amount of Mortgage: $ 546,885.21

6. Do you own an automobile?    Yes ✓  No ___

Make Toyota    Year 2002    Model Camry

Is it financed? Yes ✓ No ___  If so, Total due: $ 5,900

Monthly Payment: $ 270.00

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Bank of America

2300 Alum Rock Avenue, San Jose, CA

Present balance(s): $ 600.00

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ 2000    Utilities: 190

Food: $ 500    Clothing: 200

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Consolidated Credit | $ 402 | $ 16,005.49 |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Javier Mondragon, in the amount of $3000, Miguel in the amount of $1000,

- 3 -

1  and Servando Fernandez in the amount of $6000.

2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✓*

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.

6  *The complaint which I am seeking to file does not raise civil claims that concern the same parties, property,
7  and transaction that have been presented before this district.

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10

11   3-27-08                                    [signature]
12       DATE                                   SIGNATURE OF APPLICANT

13

14

15  This document has been translated for me from English to
16  Spanish, and I declare under the penalty of perjury that
17  the foregoing is true and correct and understand that a
18  false statement herein may result in dismissal of my
19  claims.

20

21  This application supercedes the application that was
22  previously filed on (3/26/2008) March 26, 2008.

- 4 -