**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PATRICIA HERNANDEZ,                           C 08-1630 PVT

    *Plaintiff(s),*

                                                  **CLERK'S NOTICE RESCHEDULING**
                                                  **CASE MANAGEMENT CONFERENCE**

vs.

PATRICIA ALVAREZ,

    *Defendant(s).*

    Please take notice that the Case Management Conference previously scheduled for July 15, 2008 has been rescheduled for **September 16, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**  Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: July 8, 2008                    /s/ Corinne Lew

                                          Corinne Lew
                                          DEPUTY CLERK

1 | Copies mailed on 7/8/08 to:

2 | **Patricia M Hernandez**
3 | 1980 Tobago Avenue
San Jose, CA 95122