1 | EMMETT C. STANTON (CSB NO. 83930)
e-mail: estanton@fenwick.com
2 | CATHLEEN DONOHOE (CSB NO. 228729)
e-mail: cdonohoe@fenwick.com
3 | CHRISTOPHER WALTON (CSB NO. 240070)
e-mail: cwalton@fenwick.com
4 | GUINEVERE JOBSON (CSB NO. 251907)
e-mail: gjobson@fenwick.com
5 | FENWICK & WEST LLP
Silicon Valley Center
6 | 801 California Street
Mountain View, CA  94041
7 | Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200

9 | ANNETTE KIRKHAM (CSB NO.217958)
e-mail: annettek@lawfoundation.org
10 | LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
11 | 111 W. St. John Street, Suite #315
San Jose, CA  95113
12 | Telephone:  (408) 280 2401
Facsimile:   (408) 293-0106

Attorneys for Plaintiff
PATRICIA M. HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PATRICIA M. HERNANDEZ, | Case No.  C08-01630 - PVT |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| PATRICIA ALVAREZ; GLORIA ALVAREZ; DAVID MCCAIN; VISION QUEST 21, INC.; COUNTRYWIDE BANK, FSB; MARIPOSA MORTGAGE INC.; THE CLOSING COMPANY – ESCROW SERVICE; AEQUITAS APPRAISAL GROUP; EDDIE BURNIAS; MARIO BURNIAS; MICHAEL ANDIN; JOANNE WONG; DEANNA GLOVER; MARIA ANTUNES; MARIA RODRIGUEZ; ERIKA SALAZAR; DARRELL KETTNER; ALEJANDRA ANDRADE; ENRIQUE AMEZCUA; and DOES 1 to 20, inclusive, | |
| Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1       Annette Kirkham of the Law Foundation of Silicon Valley Fair Housing Law Project hereby enters her appearance in the above-captioned case on behalf of Plaintiff PATRICIA M. HERNANDEZ.  For purposes of receipt of Notices of Electronic Filing, the e-mail addresses for Law Foundation of Silicon Valley Fair Housing Law Project attorney Annette Kirkham are:

      Annette Kirkham :      annettek@lawfoundation.org;

      nuemig@lawfoundation.org      dianac@lawfoundation.org

Dated:  July 17, 2008      Respectfully Submitted,

By:  /s/  Annette Kirkham
    Annette Kirkham  (CSB #217958)
    e-mail:  annettek@lawfoundation.org
    LAW FOUNDATION OF SILICON VALLEY
    FAIR HOUSING LAW PROJECT
    111 W. St. John Street, Suite #315
    San Jose, CA  95113
    Telephone:  (408) 280 2401
    Facsimile:  (408) 293-0106

Attorneys for Plaintiff
PATRICIA M. HERNANDEZ

B9059/00406/LIT/1288590.1