| | |
|---|---|
| 1 | EMMETT C. STANTON (CSB NO. 83930) |
|   | e-mail: estanton@fenwick.com |
| 2 | CATHLEEN DONOHOE (CSB NO. 228729) |
|   | e-mail: cdonohoe@fenwick.com |
| 3 | CHRISTOPHER WALTON (CSB NO. 240070) |
|   | e-mail: cwalton@fenwick.com |
| 4 | GUINEVERE JOBSON (CSB NO. 251907) |
|   | e-mail: gjobson@fenwick.com |
| 5 | FENWICK & WEST LLP |
|   | Silicon Valley Center |
| 6 | 801 California Street |
|   | Mountain View, CA 94041 |
| 7 | Telephone:    (650) 988-8500 |
|   | Facsimile:    (650) 938-5200 |
| 8 | |
| 9 | ANNETTE KIRKHAM (CSB NO.217958) |
|   | e-mail: annettek@lawfoundation.org |
| 10 | LAW FOUNDATION OF SILICON VALLEY |
|   | FAIR HOUSING LAW PROJECT |
| 11 | 111 W. St. John Street, Suite #315 |
|   | San Jose, CA 95113 |
| 12 | Telephone: (408) 280 2401 |
|   | Facsimile: (408) 293-0106 |
| 13 | |
| 14 | Attorneys for Plaintiff |
|   | PATRICIA M. HERNANDEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PATRICIA M. HERNANDEZ, | | Case No. C08-01630 - PVT |
| | Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | | |
| PATRICIA ALVAREZ; GLORIA ALVAREZ; DAVID MCCAIN; VISION QUEST 21, INC.; COUNTRYWIDE BANK, FSB; MARIPOSA MORTGAGE INC.; THE CLOSING COMPANY – ESCROW SERVICE; AEQUITAS APPRAISAL GROUP; EDDIE BURNIAS; MARIO BURNIAS; MICHAEL ANDIN; JOANNE WONG; DEANNA GLOVER; MARIA ANTUNES; MARIA RODRIGUEZ; ERIKA SALAZAR; DARRELL KETTNER; ALEJANDRA ANDRADE; ENRIQUE AMEZCUA; and DOES 1 to 20, inclusive, | | |
| | Defendants. | |

1  Cathleen Donohoe of the law firm of Fenwick & West LLP hereby enters her appearance
2  in the above-captioned case on behalf of Plaintiff PATRICIA M. HERNANDEZ.  For purposes
3  of receipt of Notices of Electronic Filing, the e-mail addresses for Fenwick & West attorney
4  Cathleen Donohoe are:

    Cathleen Donohoe:    cdonohoe@fenwick.com;    dyoungman@fenwick.com

Dated: July 17, 2008    Respectfully Submitted,

By:  /s/  Cathleen Donohoe
Cathleen Donohoe (CSB #228729)
e-mail: cdonohoe@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988 8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
PATRICIA M. HERNANDEZ

B9059/00406/LIT/1288588.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

NOTICE OF APPERANCE OF
COUNSEL ON BEHALF OF PLAINTIFF
    1    CASE NO.  C08-01630 - PVT