1  EMMETT C. STANTON (CSB NO. 83930)
   e-mail: estanton@fenwick.com
2  CATHLEEN DONOHOE (CSB NO. 228729)
   e-mail: cdonohoe@fenwick.com
3  CHRISTOPHER WALTON (CSB NO. 240070)
   e-mail: cwalton@fenwick.com
4  GUINEVERE JOBSON (CSB NO. 251907)
   e-mail: gjobson@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA 94041
7  Telephone:  (650) 988-8500
   Facsimile:  (650) 938-5200
8

9  ANNETTE KIRKHAM (CSB NO.217958)
   e-mail: annettek@lawfoundation.org
10 LAW FOUNDATION OF SILICON VALLEY
   FAIR HOUSING LAW PROJECT
11 111 W. St. John Street, Suite #315
   San Jose, CA 95113
12 Telephone: (408) 280 2401
   Facsimile: (408) 293-0106
13

14 Attorneys for Plaintiff
   PATRICIA M. HERNANDEZ

15               UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                     SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ, | Case No. C08-01630 - PVT |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| PATRICIA ALVAREZ; GLORIA ALVAREZ; DAVID MCCAIN; VISION QUEST 21, INC.; COUNTRYWIDE BANK, FSB; MARIPOSA MORTGAGE INC.; THE CLOSING COMPANY – ESCROW SERVICE; AEQUITAS APPRAISAL GROUP; EDDIE BURNIAS; MARIO BURNIAS; MICHAEL ANDIN; JOANNE WONG; DEANNA GLOVER; MARIA ANTUNES; MARIA RODRIGUEZ; ERIKA SALAZAR; DARRELL KETTNER; ALEJANDRA ANDRADE; ENRIQUE AMEZCUA; and DOES 1 to 20, inclusive, | |
| Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

---

NOTICE OF APPEARANCE OF COUNSEL
ON BEHALF OF PLAINTIFF
                          CASE NO. C08-01630 - PVT

1  Guinevere Jobson of the law firm of Fenwick & West LLP hereby enters her appearance
2  in the above-captioned case on behalf of Plaintiff PATRICIA M. HERNANDEZ.  For purposes
3  of receipt of Notices of Electronic Filing, the e-mail addresses for Fenwick & West attorney
4  Guinevere Jobson are:

    Guinevere Jobson:    gjobson@fenwick.com;    bwalrod@fenwick.com

Dated: July 17, 2008    Respectfully Submitted,

    By:  /s/  Guinevere Jobson
        Guinevere Jobson (CSB #251907)
        e-mail: gjobson@fenwick.com
        FENWICK & WEST LLP
        Silicon Valley Center
        801 California Street
        Mountain View, CA  94041
        Telephone:  (650) 988 8500
        Facsimile:  (650) 938-5200

        Attorneys for Plaintiff
        PATRICIA M. HERNANDEZ

B9059/00406/LIT/1288593.1