| | |
|---|---|
| 1 | EMMETT C. STANTON (CSB NO. 83930) |
| | e-mail: estanton@fenwick.com |
| 2 | CATHLEEN DONOHOE (CSB NO. 228729) |
| | e-mail: cdonohoe@fenwick.com |
| 3 | CHRISTOPHER WALTON (CSB NO. 240070) |
| | e-mail: cwalton@fenwick.com |
| 4 | GUINEVERE JOBSON (CSB NO. 251907) |
| | e-mail: gjobson@fenwick.com |
| 5 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 6 | 801 California Street |
| | Mountain View, CA  94041 |
| 7 | Telephone:     (650) 988-8500 |
| | Facsimile:      (650) 938-5200 |
| 8 | |
| 9 | ANNETTE KIRKHAM (CSB NO.217958) |
| | e-mail: annettek@lawfoundation.org |
| 10 | LAW FOUNDATION OF SILICON VALLEY |
| | FAIR HOUSING LAW PROJECT |
| 11 | 111 W. St. John Street, Suite #315 |
| | San Jose, CA  95113 |
| 12 | Telephone:  (408) 280 2401 |
| | Facsimile:   (408) 293-0106 |
| 13 | |
| | Attorneys for Plaintiff |
| 14 | PATRICIA M. HERNANDEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ, | Case No.  C08-01630 - PVT |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| PATRICIA ALVAREZ; GLORIA ALVAREZ; DAVID MCCAIN; VISION QUEST 21, INC.; COUNTRYWIDE BANK, FSB; MARIPOSA MORTGAGE INC.; THE CLOSING COMPANY – ESCROW SERVICE; AEQUITAS APPRAISAL GROUP; EDDIE BURNIAS; MARIO BURNIAS; MICHAEL ANDIN; JOANNE WONG; DEANNA GLOVER; MARIA ANTUNES; MARIA RODRIGUEZ; ERIKA SALAZAR; DARRELL KETTNER; ALEJANDRA ANDRADE; ENRIQUE AMEZCUA; and DOES 1 to 20, inclusive, | |
| Defendants. | |

1   Christopher Walton of the law firm of Fenwick & West LLP hereby enters his appearance
2   in the above-captioned case on behalf of Plaintiff PATRICIA M. HERNANDEZ. For purposes
3   of receipt of Notices of Electronic Filing, the e-mail addresses for Fenwick & West attorney
4   Christopher Walton are:

    Christopher Walton:          cwalton@fenwick.com;          lrubinstein@fenwick.com

    Dated: July 17, 2008                    Respectfully Submitted,


                                            By:  /s/  Christopher Walton
                                                Christopher Walton (CSB #240070)
                                                e-mail: cwalton@fenwick.com
                                                FENWICK & WEST LLP
                                                Silicon Valley Center
                                                801 California Street
                                                Mountain View, CA 94041
                                                Telephone: (650) 988 8500
                                                Facsimile: (650) 938-5200

                                                Attorneys for Plaintiff
                                                PATRICIA M. HERNANDEZ


B9059/00406/LIT/1288591.1

NOTICE OF APPERANCE OF                          1                CASE NO. C08-01630 - PVT
COUNSEL ON BEHALF OF PLAINTIFF

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW