AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| PATRICIA M. HERNANDEZ<br>Plaintiff<br>v.<br>PATRICIA ALVAREZ; GLORIA ALVAREZ; DAVID MCCAIN; VISION QUEST 21, INC.; COUNTRYWIDE BANK, FSB; MARIPOSA MORTGAGE INC.; THE CLOSING COMPANY - ESCROW SERVICE; AEQUITAS APPRAISAL GROUP; EDDIE BURNIAS; MARIO BURNIAS; MICHAEL ANDIN; JOANNE WONG; DEANNA GLOVER; MARIA ANTUNES; MARIA RODRIGUEZ; ERIKA SALAZAR; DARRELL KETTNER; ALEJANDRA ANDRADE; ENRIQUE AMEZCUA; and DOES 1 to 20, inclusive<br>Defendant | Civil Action No. C08-01630 - PVT |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
MARIA RODRIGUEZ
2272 Quimby Road
San Jose, CA  95122


A lawsuit has been filed against you.

   Within <u>twenty (20)</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Emmett C. Stanton, Esq.            Annette Kirkham, Esq.
Cathleen Donohoe, Esq.             Law Foundation of Silicon Valley
Christopher Walton, Esq.           Fair Housing Law Project
Guinevere Jobson, Esq.             111 W. St. John Street, Suite #315
Fenwick & West LLP                 San Jose, CA  95113
801 California Street              Telephone:  (408) 280 2401
Mountain View, CA  94041           Facsimile:   (408) 293 0106
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Richard W. Wieking

American LegalNet, Inc.
www.FormsWorkflow.com

☐ AO 440 (Rev. 04/08) Civil Summons

Date: __JUL 1 8 2008__

Name of clerk of court
Betty J. Walton
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _____

                                                    _____
                                                              Server's signature

                                                  _____
                                                 Printed name and title

                                                 _____
                                                 Server's address

B9059/00406/LIT/1288625.1

American LegalNet, Inc.
www.Forms*Workflow*.com