☐ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| PATRICIA M. HERNANDEZ<br><u>Plaintiff</u><br>v.<br>PATRICIA ALVAREZ; GLORIA ALVAREZ;<br>DAVID MCCAIN; VISION QUEST 21, INC.;<br>COUNTRYWIDE BANK, FSB; MARIPOSA<br>MORTGAGE INC.; THE CLOSING COMPANY -<br>ESCROW SERVICE; AEQUITAS APPRAISAL<br>GROUP; EDDIE BURNIAS; MARIO BURNIAS;<br>MICHAEL ANDIN; JOANNE WONG; DEANNA<br>GLOVER; MARIA ANTUNES; MARIA<br>RODRIGUEZ; ERIKA SALAZAR; DARRELL<br>KETTNER; ALEJANDRA ANDRADE; ENRIQUE<br>AMEZCUA; and DOES 1 to 20, inclusive<br><u>Defendant</u> | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. C08-01630 - PVT |

## Summons in a Civil Action

To: *(Defendant's name and address)*
MARIA ANTUNES
221 Thyme Avenue
Morgan Hill, CA 95037

A lawsuit has been filed against you.

Within <u>twenty (20)</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Emmett C. Stanton, Esq.
Cathleen Donohoe, Esq.
Christopher Walton, Esq.
Guinevere Jobson, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Annette Kirkham, Esq.
Law Foundation of Silicon Valley
Fair Housing Law Project
111 W. St. John Street, Suite #315
San Jose, CA 95113
Telephone: (408) 280 2401
Facsimile: (408) 293 0106

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

American LegalNet, Inc.
www.FormsWorkflow.com

☐ AO 440 (Rev. 04/08) Civil Summons

Date: JUL 1 8 2008

Name of clerk of court

Betty J. Walton

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

American LegalNet, Inc.
www.FormsWorkflow.com

☐AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

B9059/00406/LIT/1288620.1

American LegalNet, Inc.
www.FormsWorkflow.com