Steve W. Dollar, Esq. (SBN 104365)
sdollar@eakdl.com
Grace Lee, Esq. (SBN 247223)
glee@eakdl.com
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 North Third Street, Suite 700
San Jose, CA  95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendants AEQUITAS APPRAISAL GROUP
and DARRELL R. KETTNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>PATRICIA ALVAREZ; GLORIA ALVAREZ; DAVID MCCAIN; VISION QUEST 21, INC.; COUNTRYWIDE BANK, FSB; MARIPOSA MORTGAGE INC.; THE CLOSING COMPANY- ESCROW SERVICE; AEQUITAS APPRAISAL GROUP; EDDIE BURNIAS; MARIO BURNIAS; MICHAEL ANDIN; JOANNE WONG; DEANNA GLOVER; MARIA ANTUNES; MARIA RODRIGUEZ; ERIKA SALAZAR; DARRELL KETTNER; ALEJANDRA ANDRADE; ENRIQUE AMEZCUA; and DOES 1 to 20, inclusive,<br><br>        Defendants. | NO. C08-01630-PVT<br><br>[proposed] ORDER ON MOTION OF DEFENDANTS AEQUITAS APPRAISAL GROUP AND DARRELL R. KETTNER TO DISMISS FOR FAILURE TO STATE A CLAIM<br>[Fed. Rules Civ. Proc., Rule 12(b)(b)]<br><br>Date: September 16, 2008<br>Time: 10:00 a.m.<br>Courtroom 5, 4th Floor |

   The Motion to Dismiss For Failure to State a Claim by Defendants AEQUITAS APPRAISAL GROUP and DARRELL R. KETTNER to the First Amended Complaint of Plaintiff Patricia Hernandez came on for hearing in Courtroom 5, before the Honorable Patricia V. Trumbull, on September 16, 2008. Appearing on behalf of plaintiff PATRICIA HERNANDEZ was Emmett C. Stanton of Fenwick and West and Annette Kirkham of Law Foundation of Silicon Valley, Fair Housing Law Project.  Appearing on behalf of defendants AEQUITAS APPRAISAL GROUP and

1  DARRELL R. KETTNER was Grace Lee of ERICKSEN, ARBUTHNOT, KILDUFF, DAY &
2  LINDSTROM, INC.
3     Based upon the moving, opposition, reply papers filed, and oral arguments and GOOD
4  CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:
5     1.   The Motion to Dismiss is SUSTAINED as to the Violation of The Real Estate And
6  Settlement Procedures Act and Regulation X claim WITHOUT LEAVE TO AMEND.
7     2.   The Motion to Dismiss is SUSTAINED as to the Violation of the Truth In Lending
8  Act and Federal Reserve Regulation Z claim WITHOUT LEAVE TO AMEND.
9     3.   The Motion to Dismiss is SUSTAINED as to the Fraud claim WITHOUT LEAVE
10 TO AMEND.
11    4.   The Motion to Dismiss is SUSTAINED as to the Conspiracy to Defraud claim
12 WITHOUT LEAVE TO AMEND.
13    5.   The Motion to Dismiss is SUSTAINED as to the Negligent Misrepresentation claim
14 WITHOUT LEAVE TO AMEND.
15    6.   The Motion to Dismiss is SUSTAINED as to the Concealment claim WITHOUT
16 LEAVE TO AMEND.
17    7.   The Motion to Dismiss is SUSTAINED as to the Rescission claim WITHOUT
18 LEAVE TO AMEND.
19    8.   The Motion to Dismiss is SUSTAINED as to the Violation of the Unfair Competition
20 Act claim WITHOUT LEAVE TO AMEND.
21
22 DATED: _____, 2008      _____
                                    Magistrate Judge Patricia V. Trumbull
23
24
25
26
27
28