Steve W. Dollar, Esq. (SBN 104365)
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendants
AEQUITAS APPRAISAL GROUP and
DARRELL R. KETTNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ,<br><br>          Plaintiff,<br><br>vs.<br><br>PATRICIA ALVAREZ, ET AL.,<br><br>          Defendants. | NO. C08-01630-PVT<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the Unitd States Court of Appeals for the Ninth Circuit.

Dated August 8, 2008                    _____/s/_____
                                         Signature
                                         Steve W. Dollar
                                         Counsel for Defendants
                                         AEQUITAS APPRAISAL GROUP
                                         and DARRELL R. KETTNER