1   Steve W. Dollar, Esq. (SBN 104365)
    sdollar@eakdl.com
2   Grace Lee, Esq. (SBN 247223)
    glee@eakdl.com
3   ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
    152 North Third Street, Suite 700
4   San Jose, CA 95112
    Telephone: (408) 286-0880
5   Facsimile: (408) 286-0337

6   Attorneys for Defendants AEQUITAS APPRAISAL GROUP
    and DARRELL R. KETTNER
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  PATRICIA M. HERNANDEZ,                    NO. C08-01630-PVT

12              Plaintiff,

13  vs.                                       NOTICE OF CONTINUATION OF
                                              HEARING ON MOTION TO DISMISS
14  PATRICIA ALVAREZ; GLORIA ALVAREZ;         FOR FAILURE TO STATE A CLAIM
    DAVID MCCAIN; VISION QUEST 21, INC.;      [Fed. Rules Civ. Proc., rule 12(b)(6)]
15  COUNTRYWIDE BANK, FSB; MARIPOSA
    MORTGAGE INC.; THE CLOSING
16  COMPANY- ESCROW SERVICE;                  Date: September 23, 2008
    AEQUITAS APPRAISAL GROUP; EDDIE           Time: 10:00 a.m.
17  BURNIAS; MARIO BURNIAS; MICHAEL           Courtroom 5, 4th Floor
    ANDIN; JOANNE WONG; DEANNA
18  GLOVER; MARIA ANTUNES; MARIA
    RODRIGUEZ; ERIKA SALAZAR; DARRELL
19  KETTNER; ALEJANDRA ANDRADE;
    ENRIQUE AMEZCUA; and DOES 1 to 20,
20  inclusive,

21              Defendants.

22

23  TO: PLAINTIFF PATRICIA HERNANDEZ AND HER ATTORNEYS OF RECORD:

24          PLEASE TAKE NOTICE that the hearing on the motion of defendants DARRELL

25  KETTNER and AEQUITAS APPRAISAL GROUP to dismiss the First Amended Complaint for

26  failure to state a claim is being continued from September 16, 2008 to **September 23, 2008** at 10:00

27  a.m., in Courtroom 5 of the above entitled Court located at 280 South 1st Street, San Jose, California.

28  //

                                        1
    NOTICE OF CONTINUATION OF HEARING ON MOTION TO DISMISS

1  Dated: August 13, 2008

2  ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

3

4  _____/s/ Steve W. Dollar_____
   Steve W. Dollar, Esq.
5  Grace Lee, Esq.
   Attorneys for Defendants
6  AEQUITAS APPRAISAL GROUP and
   DARRELL R. KETTNER
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONTINUATION OF HEARING ON MOTION TO DISMISS