1  Enrique Amezcua
   1937 Ceylon Avenue
2  San Jose, CA 95122

3  Defendant, in pro per

4

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

9

| | |
|---|---|
| 10  PATRICIA M. HERNNADEZ, | Case No.: C08-01630 - PVT |
| 11              Plaintiff | STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT |
| 12       v. | [L.R. 6-1(a)] |
| 13  PATRICIA ALVAREZ; GLORIA ALVAREZ; DAVID MCCAIN; VISION QUEST 21, INC.; COUNTRYWIDE BANK, FSB; MARIPOSA MORTGAGE INC.; THE CLOSING COMPANY - ESCROW SERVICE; AEQUITAS APPRAISAL GROUP; EDDIE BURNIAS; MARIO BURNIAS; MICHAEL ANDIN; JOANNE WONG; DEANNA GLOVER; MARIA ANTUNES; MARIA RODRIGUE; ERIKA SALAZAR; DARRELL KETTNER; ALEJANDRA ANDRADE; ENRIQUE AMEZCUA; and DOES 1 to 20, inclusive, | |
| 20              Defendants | |

21

22     Defendant Enrique Amezcua is in the process of attempting to retain counsel and on that basis

23  has requested an extension of time to file his Answer to the Complaint filed by Plaintiff herein.

24     Pursuant to Local Rule 6-1, subsection (a), the parties, by and through their counsel, hereby

25  stipulate that the time in which Defendant Enrique Amezcua must file his Answer to the Complaint is

26  extended until August 29, 2008.

27

   IT IS SO STIPULATED.
28

---

- 1 -

Stipulation and Order Extending Time to Respond to Complaint                    C08-01630-PVT

**ATTESTATION**

Concurrence in the filing of this document has been obtained from the other signatories.

Date: August 21, 2008                                /s/ **Enrique Amezcua**
                                                    Enrique Amezcua, Defendant
                                                    *in pro per*

Date: August 21, 2008                                FENWICK & WEST LLP

                                            By:      /s/ **Guinevere Jobson**
                                                    Guinevere Jobson
                                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned declares that:

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to this action. My business address is 801 California Street, Mountain View, CA 94041

On the date set forth below, I served the attached: STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT [L.R. 6-1(a)] on the party in the subject action by placing a true copy thereof as indicated below, addressed as follows:

**See Attached Service List**

☒ **U.S. MAIL:** I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me within the office for collection for the United States Postal Service would normally be deposited with the United States Postal Services that day in the ordinary course of business. The envelope(s) bearing the address(es) above was sealed and placed for collection and mailing on the date below following our ordinary business practices.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

☐ **BY ELECTRONIC MAIL:** I caused such document(s) to be delivered by electronic mail to the addressee(s).

☐ **BY FACSIMILE:** I caused a copy of such document(s) to be sent via facsimile transmission to the office(s) of the party(s) stated above and was transmitted without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 21, 2008 at Mountain View, California.

_____
Marti Guidoux

# SERVICE LIST

David McCain
9354 Rodeo Drive
Gilroy, CA 95020

Mariposa Mortgage, Inc.
2365 Quimby Road
San Jose, CA 95122

Eddie Burnias
2830 Autumn Estates Court
San Jose, CA 95135-1201

Michael Andin
4500 Park Granada
Calabasas, CA 91302

The Closing Company – Escrow Service
4075 Evergreen Village Square
Suite 140
San Jose, CA 95135

Erika Salazar
3119 Rocky Mountain Drive
San Jose, 95127

Maria Rodriguez
2272 Quimby Road
San Jose, CA 95122

Enrique Amezcua
1937 Ceylon Avenue
San Jose, CA 95122

Vision Quest 21, Inc.
2806 Story Road
San Jose, CA 95127

Mario Burnias
4824 Byington Drive
San Jose, CA 95138

JoAnne Wong
2459 Glen Exeter Way
San Jose, CA 95148

Countrywide Bank FSB
c/o The Printice-Hall Corporation
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Maria Antunes
221 Thyme Avenue
Morgan Hill, CA 95037

Deanna Glover
12960 Pfeifle Avenue
San Jose, CA 95111

Alejandra Andrade
2711 Pine Meadow Court
San Jose, CA 95135

Stipulation and Order Extending Time to Respond to Complaint

C08-01630-PVT