1  DIANA E. CASTILLO (SBN# 237281)
   dianac@lawfoundation.org
2  ANNETTE KIRKHAM (SBN# 217958)
   annettek@lawfoundation.org
3  FAIR HOUSING LAW PROJECT
   111 West St. John Street, Suite #315
4  San Jose, CA 95113
   Telephone:    (408) 280-2448
5  Facsimile:    (408) 293-0106

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 PATRICIA M. HERNANDEZ,              Case No. C08-01630-PVT

            Plaintiff,
13
                                        **NOTICE OF APPEARANCE**
      v.
14
   PATRICIA ALVAREZ; GLORIA
15 ALVAREZ; DAVID MCCAIN;
   VISION QUEST 21, INC.;
16 COUNTRYWIDE BANK, FSB;
   MARIPOSA MORTGAGE INC.; THE
17 CLOSING COMPANY – ESCROW
   SERVICE; AEQUITAS APPRAISAL
18 GROUP; EDDIE BURNIAS; MARIO
   BURNIAS; MICHAEL ANDIN;
19 JOANNE WONG; DEANNA
   GLOVER; MARIA ANTUNES;
20 MARIA RODRIGUEZ; ERIKA
   SALAZAR; DARRELL KETTNER;
21 ALEJANDRA ANDRADE; ENRIQUE
   AMEZCUA; and DOES 1 to 20;
22 inclusive,
            Defendants.
23

24      TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

25 Please enter my appearance as counsel in this case for Plaintiff Patricia M.

26 Hernandez. I, Diana E. Castillo, certify that I am admitted to practice in this court.

27 I join Ms. Annette Kirkham of the Fair Housing Law Project in representing Ms.

28 Hernandez. I respectfully request that the Clerk and all parties of record enter a

1 | change in phone number for the Fair Housing Law Project from 408-280-2401 to
2 | 408-280-2448.

5 | Dated: August 26, 2008        **FAIR HOUSING LAW PROJECT**

7 | _____/s/_____
8 | Diana E. Castillo
  | Attorney for Plaintiff