EMMETT C. STANTON (CSB NO. 83930)
estanton@fenwick.com
CATHLEEN DONOHOE (CSB NO. 228729)
cdonohoe@fenwick.com
CHRISTOPHER WALTON (CSB NO. 240070)
cwalton@fenwick.com
GUINEVERE L. JOBSON (CSB NO. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Phone: (650) 988-8500; Fax:  (650) 938-5200

ANNETTE KIRKHAM (CSB NO. 217958)
e-mail:  annettek@lawfoundation.org
DIANA E. CASTILLO (CSB NO. 237281)
e-mail:  dianac@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
111 W. St. John Street, Suite #315
San Jose, CA  95113
Phone:  (408) 280 2401; Fax:   (408) 293-0106

Attorneys for Plaintiff Patricia M. Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICIA ALVAREZ; GLORIA ALVAREZ; DAVID MCCAIN; VISION QUEST 21 INC.; COUNTRYWIDE BANK, FSB; MARIPOSA MORTGAGE INC; THE CLOSING COMPANY-ESCROW SERVICE; AEQUITAS APPRAISAL GROPU; EDDIE BURNIAS; MARIO BURNIAS; MICHAEL ANDIN; JOANNE WONG; DEANNA GLOVER; MARIA ANTUNES; MARIA RODRIGUEZ; ERIKA SALAZAR; DARRELL KETTNER; ALEJANDRA ANDRADE; ENRIQUE AMEZCUA; and DOES 1 to 20 inclusive,<br><br>        Defendants. | **Case No.  C08-01630-PVT**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Amended Complaint Filed: July 18, 2008 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

2         In accordance with the provisions of Title 28, U.S.C. Section 636(c), plaintiff Patricia

3    Hernandez hereby voluntarily consents to have a United States Magistrate Judge conduct any and

4    all further proceedings in this case, including trial, and order the entry of a final judgment.

5    Appeal from the judgment shall be taken directly to the United States Court of Appeals for the

6    Ninth Circuit.

7

8    Dated: August 27, 2008                    FENWICK & WEST LLP

9

10                                             By:_____/s/_____
11                                                Christopher S. Walton (CSB #240070)
                                                  e-mail:  cwalton@fenwick.com
12                                                FENWICK & WEST LLP
                                                  Silicon Valley Center
13                                                801 California Street
                                                  Mountain View, CA  94041
14                                                Telephone:  (650) 988 8500
                                                  Facsimile:   (650) 938-5200
15
                                               Attorneys for Plaintiff
16                                             PATRICIA M. HERNANDEZ

17

18

19

20

21

22

23

24

25

26

27

28

PLTF'S CONSENT TO PROCEED              2              Case No.  C08-01630-PVT
BEFORE MAGISTRATE JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW