EMMETT C. STANTON (CSB NO. 83930)
estanton@fenwick.com
CATHLEEN DONOHOE (CSB NO. 228729)
cdonohoe@fenwick.com
CHRISTOPHER WALTON (CSB NO. 240070)
cwalton@fenwick.com
GUINEVERE L. JOBSON (CSB NO. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
Patricia M. Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA ALVAREZ et. al.,<br><br>Defendants. | Case No. C08-01630-PVT<br><br>**STIPULATION DISMISSING DARRELL KETTNER AND AEQUETAS APPRAISAL GROUP WITHOUT PREJUDICE** |

The undersigned counsel for the Plaintiff and the counsel for Defendants Darrell Kettner and Aequitas Appraisal Group ("Appraiser-Defendants") hereby agree as follows:

1. Plaintiff shall dismiss without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims against the Appraiser-Defendants.

2. Each Party shall bear its own costs and attorneys' fees.

3. Counsel for the Appraiser-Defendants agrees to accept service by e-mail, fax, or U.S. mail, on behalf the Appraiser-Defendants for any and all documents that might be filed in this action hereafter, including any third party subpoena that

Plaintiff may serve on the Appraiser-Defendants.

4. Other than as set forth herein, the Parties reserve all, and do not waive, any defenses and other rights they may have with respect to any claims asserted by another, and this Stipulation shall not be asserted or construed to be a waiver of any claim, right, or defense of any Party as against another Party.

5. This Stipulation is not, and shall not be asserted or construed to be, an admission or indication that any Party bears any actual or potential liability to any person on any claims whatsoever, nor shall it be asserted or construed to be a waiver of any claims that any Party may have against any person.

6. This Stipulation shall not operate to extend or stay the limitation periods that may apply to the claims asserted against the Appraiser Defendants.

IT IS SO STIPULATED

Dated: August 28, 2008

FENWICK & WEST LLP

By: /s/ Christopher Walton
    Christopher Walton

Attorneys for Plaintiff
Patricia M. Hernandez

Dated: August 28, 2008

ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

By: /s/ Steve W. Dollar
    Steve W. Dollar

Attorneys for Defendants
Darrell Kettner and Aequitas Appraisal Group

STIP. DISMISSING APPRIASER DEFENDANTS WITHOUT PREJUDICE       2