| Attorney Or Party Without Attorney (Name and Address): | | Telephone: FOR COURT USE ONLY |
|---|---|---|
| FENWICK AND WEST LLP<br>801 California St.<br>Mountain View, CA 94041-2008 | | (650) 988-8500 |
| Attorneys for: | | Ref. No. Or File No.<br>352317 |

Insert name of court, judicial district and branch court, if any:

UNITED STATES COURT-SAN JOSE
280 SOUTH 1ST STREET, RM. 2112

Plaintiff:

PATRICIA M. HERNANDEZ

Defendant:

PATRICIA ALVAREZ

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-01630-PVT |
|---|---|---|---|---|

I, Nancy Campbell , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a
party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : COUNTRYWIDE BANK FSB

By Serving         : CINDY CHAMBERS, BUSINESS SYSTEM ANALYST

Address            : 5220 LAS VIRGENES RD. , CALABASAS, CA 91302
Date & Time        : Monday, July 21, 2008 @ 4:20 pm
Witness fees were  : Not applicable.

Person serving:
Nancy Campbell
***Pacific Research & Retrieval, Inc.***
P.O. Box 461, San Jose, CA 95103
408-295-6800      Fax 408-295-6895

a. Fee for service: $240.00
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.:
  (3) County:
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: August 26, 2008

Signature:_____
                             Nancy Campbell


Printed on recycled paper