| Attorney Or Party Without Attorney (Name and Address) | Telephone: (650) 988-8500 | FOR COURT USE ONLY |
|---|---|---|
| FENWICK AND WEST LLP<br>801 California St.<br>Mountain View, CA 94041-2008 | Ref. No. Or File No.<br>352318 | |
| Attorneys for: | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES COURT-SAN JOSE<br>280 SOUTH 1ST STREET, RM. 2112 | | |

| Plaintiff: PATRICIA M. HERNANDEZ |
|---|
| Defendant: PATRICIA ALVAREZ |

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: C08-01630-PVT |
|---|---|---|---|---|

I, Jerome Enriquez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | | |
|---|---|---|
| Defendant | : | MICHAEL ANDIN |
| By Serving | : | MICHAEL ANDIN |
| Address | : | 2175 N. CALIFORNIA BOULEVARD # 400 , WALNUT CREEK, CA |
| Date & Time | : | Thursday, July 24, 2008 @ 3:35pm |
| Witness fees were | : | Not applicable. |

Person serving:
Jerome Enriquez
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800    Fax 408-295-6895

a. Fee for service: $225.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1048
   (3) County: Santa Clara
   (4) Expires: 6/27/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 26, 2008         Signature: _____
                                              Jerome Enriquez


Printed on recycled paper