| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| FENWICK AND WEST LLP<br>801 California St.<br>Mountain View, CA 94041-2008 | (650) 988-8500 | |
| Attorneys for: | Ref. No. Or File No.<br>352330 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES COURT-SAN JOSE<br>280 SOUTH 1ST STREET, RM. 2112 | | |
| Plaintiff:<br>PATRICIA M. HERNANDEZ | | |
| Defendant:<br>PATRICIA ALVAREZ | | |
| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-01630-PVT |

I, Louis Gutierrez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | | |
|---|---|---|
| Defendant | : | DARRELL KETTNER |
| By Serving | : | DARRELL KETTNER |
| Address | : | 20190 LYNTON CT., CUPERTINO, CA 95014 |
| Date & Time | : | Monday, July 21, 2008 @ 2:20 pm |
| Witness fees were | : | Not applicable. |

Person serving:
Louis Gutierrez
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800    Fax 408-295-6895

a. Fee for service: $72.50
d. Registered California Process Server
 (1) Employee or independent contractor
 (2) Registration No.: 1057
 (3) County: Santa Clara
 (4) Expires: 9/6/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 26, 2008                                           Signature:_____
                                                                                      Louis Gutierrez

Printed on recycled paper