| Attorney Or Party Without Attorney (Name and Address): | Telephone: (650) 988-8500 | FOR COURT USE ONLY |
|---|---|---|
| FENWICK AND WEST LLP<br>801 California St.<br>Mountain View, CA 94041-2008 | | |
| Attorneys for: | Ref. No. Or File No.<br>352326 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES COURT-SAN JOSE<br>280 SOUTH 1ST STREET, RM. 2112 | | |

| Plaintiff: PATRICIA M. HERNANDEZ |
|---|
| Defendant: PATRICIA ALVAREZ |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-01630-PVT |
|---|---|---|---|---|

I, Jason Marshall, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | | |
|---|---|---|
| Defendant | : | COUNTRYWIDE BANK FSB |
| By Serving | : | BECKY DEGEORGE, AUTHORIZED AGENT FOR REGISTERED AGENT: THE PRENTICE-HALL CORPORATION |
| Address | : | 2730 GATEWAY OAKS DR., STE. 100, SACRAMENTO, CA 95833 |
| Date & Time | : | Monday, July 21, 2008 @ 1:29 pm |
| Witness fees were | : | Not applicable. |

Person serving:
Jason Marshall
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800    Fax 408-295-6895

a. Fee for service: $122.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 98-61
   (3) County: Sacramento
   (4) Expires: 6/27/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 26, 2008    Signature: _____
                                      Jason Marshall


Printed on recycled paper