| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| FENWICK AND WEST LLP<br>801 California St.<br>Mountain View, CA 94041-2008 | (650) 988-8500 | |
| Attorneys for: | Ref. No. Or File No.<br>352329 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES COURT-SAN JOSE
280 SOUTH 1ST STREET, RM. 2112

Plaintiff:
PATRICIA M. HERNANDEZ

Defendant:
PATRICIA ALVAREZ

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-01630-PVT |
|---|---|---|---|---|

I, Louis Gutierrez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : | AEQUITAS APPRAISAL GROUP |
|---|---|---|
| By Serving | : | DARRELL KETTNER, AUTH. TO ACCEPT SERVICE |
| Address | : | 20190 LYNTON CT., CUPERTINO, CA 95014 |
| Date & Time | : | Monday, July 21, 2008 @ 2;20 pm |
| Witness fees were | : | Not applicable. |

Person serving:
Louis Gutierrez
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800      Fax 408-295-6895

a. Fee for service: $72.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1057
   (3) County: Santa Clara
   (4) Expires: 9/6/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 26, 2008                     Signature: _____
                                                    Louis Gutierrez


Printed on recycled paper