| Attorney Or Party Without Attorney (Name and Address) | Telephone: (650) 988-8? | FOR COURT USE ONLY |
|---|---|---|
| FENWICK AND WEST LLP<br>801 California St.<br>Mountain View, CA 94041-2008 | | |
| Attorneys for: | Ref. No. Or File No.<br>352342 | |

Name of court, judicial district and branch court, if any:
UNITED STATES COURT-SAN JOSE
280 SOUTH 1ST STREET, RM. 2112

Plaintiff:
PATRICIA M. HERNANDEZ

Defendant:
PATRICIA ALVAREZ

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-01630-PVT |
|---|---|---|---|---|

I, Victor Rzepka, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant              : ENRIQUE AMEZCUA

By Serving             : ENRIQUE AMEZCUA

Address                : 1937 CEYLON AVENUE, SAN JOSE, CA 95122
Date & Time            : Saturday, July 26, 2008 @ 12:11pm
Witness fees were      : Not applicable.

Person serving:
Victor Rzepka
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800     Fax 408-295-6895

a. Fee for service: $77.50
d. Registered California Process Server
 (1) Employee or independent contractor
 (2) Registration No.: 1175
 (3) County: Santa Clara
 (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 29, 2008                Signature: _____
                                              Victor Rzepka

