1  Enrique Amezcua
   1937 Ceylon Avenue
2  San Jose, CA 95122

3  Defendant, in pro per

FILED

2008 AUG 29  P 1:48

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PATRICIA M. HERNNADEZ,
           Plaintiff

v.

PATRICIA ALVAREZ; GLORIA ALVAREZ; DAVID MCCAIN; VISION QUEST 21, INC.; COUNTRYWIDE BANK, FSB; MARIPOSA MORTGAGE INC.; THE CLOSING COMPANY - ESCROW SERVICE; AEQUITAS APPRAISAL GROUP; EDDIE BURNIAS; MARIO BURNIAS; MICHAEL ANDIN; JOANNE WONG; DEANNA GLOVER; MARIA ANTUNES; MARIA RODRIGUE; ERIKA SALAZAR; DARRELL KETTNER; ALEJANDRA ANDRADE; ENRIQUE AMEZCUA; and DOES 1 to 20, inclusive,
           Defendants

Case No.: C08-01630 - PVT

ANSWER OF DEFENDANT, ENRIQUE AMEZCUA TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Defendant, Enrique Amezcua, without waiving the below recited Affirmative Defenses, Answers, and otherwise responds to the First Amended Complaint and Demand for Jury Trial filed by Plaintiff, Patricia M. Hernandez as follows:

1. All paragraphs references are to the paragraphs contained in the First Amended Complaint.

2. As to paragraphs 1-8 inclusive, under the subheading in the First Amended Complaint entitled <u>PREDATORY LENDING</u>, this answering Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, and 8 and on this basis denies each and every allegation of each said paragraph therein.

1
Answer to Complaint

3. As to paragraphs 9-35, inclusive, contained in the First Amended Complaint under the subheading <u>INTRODUCTION</u>, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35, and on that basis, Defendant denies each and every allegation contained in each said paragraph.

4. Responding to paragraph 17, Defendant admits that he worked for a brief time for Defendants Gloria and Patricia Alvarez and/or a company they controlled, but denies each and every other allegation contained in paragraph 17.

5. As to the allegations contained in the paragraphs 36-39, inclusive under the subheading <u>JURISDICTION AND VENUE</u>, of the First Amended Complaint, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 36, 37, 38, and 39, and on that basis, denies each and every allegation contained in each said paragraph therein.

6. Responding to paragraph 40 of the First Amended Complaint, under the subheading <u>INTRADISTRICT ASSIGNMENT</u>, this answering Defendant states that he lacks sufficient information or knowledge to admit or deny the allegations in paragraph 40, and on that basis denies each and every allegation contained therein.

7. As to the allegations contained in the paragraphs 41-72, inclusive under the subheading <u>THE PARTIES</u>, of the First Amended Complaint, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 41, 43, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 69, 70, 71, and 72, and on that basis, denies each and every allegation contained in each said paragraph therein.

8. In answering paragraph 42, this answering Defendant admits that Defendant Patricia Alvarez, is a natural person over the age of 18, but lacks sufficient information or knowledge to admit or deny the remainder of paragraph 42, and on that basis denies the remaining allegations contained in paragraph 42.

9. In answering paragraph 44, this answering Defendant admits that Defendant Gloria Alvarez, is a natural person over the age of 18, but lacks sufficient information or knowledge to admit or deny

the remainder of paragraph 44, and on that basis denies the remaining allegations contained in paragraph 44.

10. In answering paragraph 68 of the First Amended Complaint, this answering Defendant admits that he is a natural person over the age of 18, and a resident of Santa Clara County, and was for a brief time an agent or employee of Defendants Patricia and Gloria Alvarez, and/or a company they controlled, but Defendant denies each and every other allegation contained in paragraph 68 of the complaint.

11. In responding to the allegations contained in paragraphs 73-118, inclusive of the First Amended Complaint under the subheading <u>FACTUAL ALLEGATIONS</u>, this answering Defendant lacks sufficient information to admit or deny the allegations contained in paragraphs 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, and 117, on that basis denies each and every allegation contained in each said paragraph therein.

12. In answering paragraph 101 of the First Amended Complaint, this answering Defendant admits that the Tobago Avenue property is a two bedroom one bath home sharing common walls with adjacent homes.

13. In answering paragraph 118 of the First Amended Complaint, this answering Defendant denies that he had a close, personal, and/or familial relationship with Patricia Alvarez, and lacks sufficient information or knowledge to admit or deny the remaining allegations of paragraph 118, on that basis denies all the allegations contained therein.

14. In responding to the allegations contained in paragraphs 119-157, inclusive, of the First Amended Complaint under the subheading THE JANUARY 2007 LOAN TRANSACTION, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, and 157, and on that basis denies each and every allegation contained in each said paragraph therein.

15. In responding to the allegations in paragraphs 158-164, inclusive of the First Amended Complaint under the subheading THE PAYMENT MADE TO THE CLOSING COMPANY, this

answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 158, 159, 160, 161, 162, 163, and 164, and on that basis denies each and every allegation contained in each said paragraph therein.

16. In responding to the allegations in paragraphs 165-173, inclusive of the First Amended Complaint under the subheading THE FORGED LOAN DOCUMENTS IN MARCH, 2007, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 165, 166, 167, 168, 169, 170, 171, 172, and 173, and on that basis denies each and every allegation contained in each said paragraph therein.

17. In responding to paragraphs 174 and 175 of the First Amended Complaint under the subheading THE PROPERTY APPRAISAL, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 174 and 175, and on that basis denies each and every allegation contained in each said paragraph therein.

18. In responding to the allegations in paragraphs 176-183, inclusive of the First Amended Complaint under the subheading THE GRANT DEEDS, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 176, 177, 178, 179, 180, 181, 182, and 183, and on that basis denies each and every allegation contained in each said paragraph therein.

19. In responding to the allegations in paragraphs 184-190, inclusive of the First Amended Complaint under the subheading THE FINAL LOAN TERMS FROM THE FORGED LOAN DOCUMENTS AND THE EXCESSIVE FEES CHARGED, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 184, 185, 186, 187, 188, 189, and 190, and on that basis denies each and every allegation contained in each said paragraph therein.

20. In responding to the allegations in paragraphs 191-199, inclusive of the First Amended Complaint under the subheading DEFENDANTS HAD KNOWLEDGE AND/OR ACTED AS AGENTS OF EACH OTHER, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 191, 192, 193, 194, 195, 197, and 199, and on that basis denies each and every allegation contained in each said paragraph therein.

21. Responding to paragraph 196 of the First Amended Complaint, Defendant admits that he worked for Patricia and Gloria Alvarez, and/or company they controlled, but denies each and every other allegation contained in paragraph 196.

22. Responding to paragraph 198 of the First Amended Complaint, this answering Defendant denies that he knew of the falsity of the statements and omissions made by the other defendants to plaintiff, and lacks insufficient information and knowledge to admit or deny the allegations as to the other defendants, and on that basis denies all of the allegations contained in paragraph 198.

23. Responding to the allegations in paragraphs 200-212, inclusive, of the First Amended Complaint under the subheading PLAINTIFF'S INJURIES, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, and 211, and on that basis denies each and every allegation contained in each paragraph therein.

24. Responding to paragraph 212 of the First Amended Complaint, this answering Defendant denies that any of his conduct was willful, wanton, and in conscious disregard to the rights of plaintiff, and lacks sufficient information and knowledge to admit or deny the allegations as to the other defendants, and on that basis denies all of the allegations contained in paragraph 212.

25. Responding to the allegations in paragraphs 213-222, inclusive of the First Amended Complaint under the subheading FIRST CAUSE OF ACTION, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 213, 214, 215, 216, 217, 218, 219, 220, 221, and 222, and on that basis denies each and every allegation contained in each said paragraph therein.

26. Responding to the allegations in paragraphs 223-244, inclusive of the First Amended Complaint under the subheading SECOND CAUSE OF ACTION, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, and 244, and on that basis denies each and every allegation contained in each said paragraph therein.

27. Responding to the allegations in paragraphs 245-262, inclusive of the First Amended Complaint under the subheading THIRD CAUSE OF ACTION, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 245, 246,

247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, and 259, and on that basis denies each and every allegation contained in each said paragraph therein.

28. Responding to paragraphs 260, 261, and 262 of the First Amended Complaint, under the THIRD CAUSE OF ACTION, this answering Defendant denies that he commited any acts that entitle plaintiff to recover damages from him, and lacks of sufficient information or knowledge to admit or deny the allegations as to the other defendants, and on that basis denies each and every allegation contained in paragraphs 260, 261, and 262.

29. Responding to the allegations in paragraphs 263-273, inclusive of the First Amended Complaint under the subheading FOURTH CAUSE OF ACTION, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 263, 264, 265, 266, 267, 268, 269, 270, and 272, and on that basis denies each and every allegation contained in each said paragraph therein.

30. Responding to paragraphs 271 and 273, in the First Amended Complaint under the FOURTH CAUSE OF ACTION, this answering Defendant denies that his conduct has resulted in any damages to plaintiff herein, and lacks sufficient information or knowledge to admit or deny the allegations as to the remaining defendants, and on that basis denies each and every allegation contained in paragraphs 271 and 273.

31. Responding to the allegations in paragraphs 274-279, inclusive of the First Amended Complaint under the subheading FIFTH CAUSE OF ACTION, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 274, 275, 276, 277, and 278, and on that basis denies each and every allegation contained in each said paragraph therein.

32. Responding to paragraph 279 of the FIFTH CAUSE OF ACTION, this answering Defendant denies that he engaged in any conduct entitling plaintiff to recover damages from him, and lacks sufficient information or knowledge to admit or deny the allegations as to the other defendants, and on that basis denies all the allegations contained in paragraph 279.

33. Responding to the allegations in paragraphs 280-289, inclusive of the First Amended Complaint under the subheading SIXTH CAUSE OF ACTION, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 280, 281,

282, 283, 284, 285, 286, 287, 288, and 289, and on that basis denies each and every allegation contained in each said paragraph therein.

34. Responding to the allegations in paragraphs 290-302 inclusive, of the First Amended Complaint under the subheading <u>SEVENTH CAUSE OF ACTION</u>, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, and 302, and on that basis denies each and every allegation contained in each said paragraph therein.

35. Responding to the allegations in paragraphs 303-309, inclusive of the First Amended Complaint under the subheading <u>EIGHTH CAUSE OF ACTION</u>, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 303, 304, 305, 306, and 307, and on that basis denies each and every allegation contained in each said paragraph therein.

36. Responding to paragraphs 308 and 309 of the <u>EIGHTH CAUSE OF ACTION</u>, this answering Defendant denies he committed any acts entitling Plaintiff to recover damages from him, and lacks sufficient information or knowledge to admit or deny the allegations as to the other defendants, and on that basis denies all of the allegations in paragraphs 308 and 309.

37. Responding to the allegations in paragraphs 310-316 inclusive of the First Amended Complaint under the subheading <u>NINTH CAUSE OF ACTION</u>, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 310, 311, 312, 313, 314, 315, and 316, and on that basis denies each and every allegation contained in each said paragraph therein.

38. Responding to the allegations in paragraph 317-325, inclusive of the First Amended Complaint under the subheading <u>TENTH CAUSE OF ACTION</u>, this answering Defendant lacks sufficient information or  knowledge to admit or deny the allegation contained in paragraph 317, 318, 319, 320, 321, 322, and 323 and on that basis denies each and every allegation contained in each said paragraph therein.

39. This answering Defendant denies he has committed any acts that entitle plaintiff to recover damages from him and lacks sufficient information or knowledge to admit or deny the allegations as to the other defendants and therefore denies all allegations contained in paragraphs 324 and 325.

40. Responding to the allegations in paragraphs 326-334, inclusive of the First Amended Complaint under the subheading ELEVENTH CAUSE OF ACTION, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 326, 327, 328, 329, 330, 331, 332, 333, and 334, and on that basis denies each and every allegation contained in each said paragraph therein.

41. Responding to the allegations in paragraphs 335-345, inclusive of the First Amended Complaint under the subheading TWELFTH CAUSE OF ACTION, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, and 345, and on that basis denies each and every allegation contained in each said paragraph therein.

42. Responding to the allegations in paragraphs 346-353, inclusive of the First Amended Complaint under the subheading THIRTEENTH CAUSE OF ACTION, this answering Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraphs 346, 347, 348, 349, 350, 351, 352, and 353, and on that basis denies each and every allegation contained in each said paragraph therein.

43. All of the remaining paragraphs of the First Amended Complaint constitute the Prayer for Relief to which no response is required, and to which the extent a response is required, this Defendant denies that Plaintiff is entitled to any damages against this Defendant whatsoever.

44. All other allegations of the First Amended Complaint not expressly admitted herein are hereby denied.

//
//
//

DEFENDANT, ENRIQUE AMEXCUA, HEREBY ASSERT THE FOLLOWING SEPARATE AND DISTINCT AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint, and all causes of action, contentions, and/or allegations contained therein, fail to set forth facts and allegations sufficient to constitute a cause of action against this answering defendant.

### SECOND AFFIRMATIVE DEFENSE

The Complaint, and each cause of action alleged therein, is bared by the appropriate statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff was careless and negligent in and about the matter set forth in her complaint, and said carelessness and negligence contributed to her alleged injuries and damages, if any there be.

### FOURTH AFFIRMATIVE DEFENSE

Any damages or harm sustained by Plaintiff, if any there be, was a result of the negligence, fault, wrongful and/or intentional omissions or conduct of individuals and entities other than these answering defendant, and therefore responsibility for any injuries and damages alleged by plaintiff, if any there be, are attributed to the negligent, wrongful, or injurious omissions or conduct of the aforesaid other individual(s) or entity(ies).

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff was careless and negligent in and about the matters alleged in her complaint, and said negligence of plaintiff directly caused, in whole or in part, the alleged injuries and damages of which she complains in her Complaint, if any there be. Any recovery obtained by plaintiff must be reduced proportionally by the amount of her own negligence.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages, if any there be, and accordingly, is not entitled to the relief sought in her Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff, by her own acts, conduct, and omissions, has waived whatever rights she may have had to pursue her claims against this answering defendant.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has failed to meet her duty of good faith and fair dealing with this answering defendant.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's complaint, and each cause of action therein, is barred by the equitable doctrine of laches as to this answering defendant.

### TENTH AFFIRMATIVE DEFENSE

The Complaint and each cause of action therein, is barred by the equitable doctrine of estoppel as to this answering defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff herself has engaged in wrongful and improper conduct in the matters alleged in her complaint, and is therefore barred from any recovery against this answering defendant by the doctrine of unclean hands.

### TWELVTH AFFIRMATIVE DEFENSE

Plaintiff is barred from any recovery against this answering defendant as she has previously acknowledged, ratified, approved, consented to, and/or acquired to all the alleged acts or omissions of this answering defendant.

### THIRTEENTH AFFIRMATIVE DEFENSE

This answering defendant has fully and completely performed all of his conditions and obligations under any contract with plaintiff.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff failed to fully perform all of her conditions, duties, and obligations pursuant to her contract with this answering defendant, and therefore, this answering defendant is excused from any further performance.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff did not reasonably and/or justifiably rely on any of the oral or written representation made to her by this answering defendant.

SIXTEENTH AFFIRMATIVE DEFENSE

In the event any of the information that was disclosed to plaintiff by this answering defendant is found to be false or incorrect, at the time said defendant made such disclosures he did not know he was false and/or had reasonable grounds for believing it to be true.

WHEREFORE, this answering defendant pray as follows:

1) The plaintiff taking nothing by way of her complaint or any of its causes of action;
2) For costs of the suit incurred herein;
3) For an award of attorney fees payable by plaintiff; and
4) For such other and further relief as the Court deems proper.

Date: 08/29/08

Enrique Amezcua, in pro per