Steven K. Linkon (CSB No. 101056)
Routh Crabtree Olsen, P.S.
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006
Telephone: 425-586-1952
Fax: 425-283-5952
slinkon@rcolegal.com

The Honorable Patricia V. Trumbull

Attorneys for Defendant Countrywide
Home Loans, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

PATRICIA M. HERNANDEZ                    )
                                         )
                          Plaintiff,     )    No. C08-01630-PVT
                                         )
        v.                               )
                                         )
                                         )    **STIPULATION AND ORDER**
                                         )    **EXTENDING TIME FOR**
PATRICIA ALVAREZ, GLORIA ALVAREZ,        )    **COUNTRYWIDE HOME LOANS, INC.**
DAVID MCCAIN, VISION QUEST 21, INC.,     )    **TO RESPOND TO FIRST AMENDED**
COUNTRYWIDE BANK, FSB, MARIPOSA          )    **COMPLAINT**
MORTGAGE INC., THE CLOSING               )
COMPANY – ESCROW SERVICE,                )
AEQUITAS APPRAISAL GROUP, EDDIE          )
BURNIAS, MARIO BURNIAS, MICHAEL          )
ANDIN, JOANNE WONG, DEANNE               )
GLOVER, MARIA ANTUNES, MARIA             )
RODRIGUEZ, ERIKA SALAZAR,                )
DARRELL KETTNER, ALEJANDRA               )
ANDRADE, ENRIQUE AMEZCUA, and            )
DOES 1 to 20, inclusive,                 )
                                         )
                          Defendants.    )
_____ )

Defendant Countrywide Bank, FSB's ("Countrywide") response to Plaintiff's First

Amended Complaint was due on August 18, 2008. Because this case involves numerous

parties, causes of actions, and allegations, and Routh Crabtree Olsen, P.S. is now

working as quickly as it can to educate itself about this matter in order to adequately

represent Countrywide; it would be in the parties' best interest and in the interests of

STIPULATION AND ORDER EXTENDING TIME
FOR COUNTRYWIDE HOME LOANS, INC. TO
RESPOND TO COMPLAINT 1 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

1    judicial economy to allow the parties a short period of time to explore the possibility of

2    resolving this dispute before undergoing the expense and burden of moving forward with

3    this litigation;

4    
     THEREFORE, Defendants and Plaintiff have stipulated and agreed that

5    
6    Countrywide shall have until September 19, 2008 to respond to the Amended Complaint.

7                                          **ORDER**

8        It is so ordered.

9        DATED:  this _____ day of August, 2008

10

11                                                      _____
                                                        UNITED STATES DISTRICT JUDGE
12   **SO STIPULATED AND AGREED:**

13   **ROUTH CRABTREE OLSEN, P.S.**          **FENWICK & WEST, LLP**

14

15   /s/ Steven K. Linkon                        /s/ Guinevere Jobson (with permission)
     Steven K. Linkon, CSB No. 101056           Guinevere Jobson, CSB No. 251907
16   ROUTH CRABTREE OLSEN, P.S.                      FENWICK & WEST, LLP
     3535 Factoria Blvd. SE, Suite 200          Silicon Valley Center
17   Bellevue, WA 98006                         801 California Street
     425-586-1952                               Mountain View, CA 94041
18   425-283-5252                               650-988-8500
     slinkon@rcolegal.com                       650-938-5200
19                                              gjobson@fenwick.com
20
     Attorneys for Defendant Countrywide        Attorneys for Plaintiff, Patricia M.
21   Home Loans, Inc.                           Hernandez

22

23

24

25

26

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131