1  EMMETT C. STANTON (CSB NO. 83930)
   estanton@fenwick.com
2  CATHLEEN DONOHOE (CSB NO. 228729)
   cdonohoe@fenwick.com
3  CHRISTOPHER WALTON (CSB NO. 240070)
   cwalton@fenwick.com
4  GUINEVERE L. JOBSON (CSB NO. 251907)
   gjobson@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA  94041
7  Telephone:    (650) 988-8500  Fax:  (650) 938-5200

8  ANNETTE KIRKHAM (CSB NO. 217958)
   annettek@lawfoundation.org
9  DIANA CASTILLO (CSB NO. 237281)
   dianac@lawfoundation.org
10 LAW FOUNDATION OF SILICON VALLEY
   FAIR HOUSEING LAW PROJECT
11 111 W. St. John St., Suite #315
   San Jose, CA 95113
12 Telephone: (408) 280-2401  Fax: (408) 293-0106

13 Attorneys for Plaintiff
   PATRICIA M. HERNANDEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ, | Case No.  C08-01630-PVT |
| Plaintiff, | |
| v. | **CERTIFICATION OF INTRESTED ENTITIES OR PERSONS** |
| PATRICIA ALVAREZ et. al., | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that no person, association of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party have either (i) a financial interest (of any kind) in

PLAINTIFF'S CASE MANAGEMENT
STATEMENT,
CASE NO.  C08-01630-PVT

the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: September 8, 2008                    FENWICK & WEST LLP

By: _____\s\_____
                Christopher S. Walton

Attorneys for Plaintiff
Patricia M. Hernandez

PLAINTIFF'S CASE MANAGEMENT
STATEMENT,                                  2
CASE NO. C08-01630-PVT