Steven K. Linkon (CSB No. 101056)
Routh Crabtree Olsen, P.S.
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006
Telephone: 425-586-1952
Fax: 425-283-5952
slinkon@rcolegal.com

Attorneys for Defendant Countrywide
Home Loans, Inc.

The Honorable Patricia V. Trumbull

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

PATRICIA M. HERNANDEZ,

        Plaintiff,

v.

PATRICIA ALVAREZ, GLORIA ALVAREZ, DAVID MCCAIN, VISION QUEST 21, INC., COUNTRYWIDE BANK, FSB, MARIPOSA MORTGAGE INC., THE CLOSING COMPANY – ESCROW SERVICE, AEQUITAS APPRAISAL GROUP, EDDIE BURNIAS, MARIO BURNIAS, MICHAEL ANDIN, JOANNE WONG, DEANNE GLOVER, MARIA ANTUNES, MARIA RODRIGUEZ, ERIKA SALAZAR, DARRELL KETTNER, ALEJANDRA ANDRADE, ENRIQUE AMEZCUA, and DOES 1 to 20, inclusive,

        Defendants.

No. C08-01630-PVT

**STIPULATION AND ORDER EXTENDING TIME FOR COUNTRYWIDE FSB.. TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendant Countrywide Bank, FSB's ("Countrywide") response to Plaintiff's First Amended Complaint was currently due on September 19, 2008. The parties have exchanged settlement proposals and believe a settlement can be reached. It would be in the parties' best interest and in the interests of judicial economy to allow the parties a short period of time to explore the possibility of resolving this dispute before undergoing the

STIPULATION AND ORDER EXTENDING TIME
FOR COUNTRYWIDE FSB TO
RESPOND TO COMPLAINT 1 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

1  expense and burden of moving forward with this litigation;

2  THEREFORE, Defendants and Plaintiff have stipulated and agreed that

3  Countrywide shall have until November 3, 2008 to respond to the Amended Complaint.

**ORDER**

It is so ordered.

DATED: this __26__ day of September, 2008

*Patricia V. Trumbull*
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

**SO STIPULATED AND AGREED:**

| **ROUTH CRABTREE OLSEN, P.S.** | **FENWICK & WEST, LLP** |
|---|---|
| /s/ Steven K. Linkon | /s/ Guinevere Jobson (with permission) |
| Steven K. Linkon, CSB No. 101056 | Guinevere Jobson, CSB No. 251907 |
| ROUTH CRABTREE OLSEN, P.S. | FENWICK & WEST, LLP |
| 3535 Factoria Blvd. SE, Suite 200 | Silicon Valley Center |
| Bellevue, WA 98006 | 801 California Street |
| 425-586-1952 | Mountain View, CA 94041 |
| 425-283-5252 | 650-988-8500 |
| slinkon@rcolegal.com | 650-938-5200 |
|  | gjobson@fenwick.com |
| Attorneys for Defendant Countrywide FSB | Attorneys for Plaintiff, Patricia M. Hernandez |

STIPULATION AND ORDER EXTENDING TIME
FOR COUNTRYWIDE FSB TO
RESPOND TO COMPLAINT 2 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131