Steven K. Linkon (CSB No. 101056)
Routh Crabtree Olsen, P.S.
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006
Telephone: 425-586-1952
Fax: 425-283-5952
slinkon@rcolegal.com

Attorneys for Defendant Countrywide
Home Loans, Inc.

The Honorable Patricia V. Trumbull

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICIA ALVAREZ, GLORIA ALVAREZ, DAVID MCCAIN, VISION QUEST 21, INC., COUNTRYWIDE BANK, FSB, MARIPOSA MORTGAGE INC., THE CLOSING COMPANY – ESCROW SERVICE, AEQUITAS APPRAISAL GROUP, EDDIE BURNIAS, MARIO BURNIAS, MICHAEL ANDIN, JOANNE WONG, DEANNE GLOVER, MARIA ANTUNES, MARIA RODRIGUEZ, ERIKA SALAZAR, DARRELL KETTNER, ALEJANDRA ANDRADE, ENRIQUE AMEZCUA, and DOES 1 to 20, inclusive,<br><br>　　　　　　　Defendants. | No. C08-01630-PVT<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR COUNTRYWIDE FSB TO RESPOND TO FIRST AMENDED COMPLAINT** |

Defendant Countrywide Bank, FSB's ("Countrywide") response to Plaintiff's First Amended Complaint was currently due on November 03, 2008. The parties have exchanged settlement proposals and Countrywide has filed a claim with its title insurance carrier and they need additional time to investigate the underlying claim. It would be in the parties' best interest and in the interests of judicial economy to allow the parties a short

STIPULATION AND ORDER EXTENDING TIME
FOR COUNTRYWIDE FSB TO
RESPOND TO COMPLAINT 1 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington  98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

period of time to explore the possibility of resolving this dispute before undergoing the expense and burden of moving forward with this litigation;

THEREFORE, Defendants and Plaintiff have stipulated and agreed that Countrywide shall have until December 3, 2008 to respond to the Amended Complaint.

**ORDER**

It is so ordered.

DATED: this __4th__ day of ~~October~~ November, 2008

_/s/ Patricia V. Trumbull_
UNITED STATES ~~DISTRICT~~ JUDGE

**SO STIPULATED AND AGREED:**

| **ROUTH CRABTREE OLSEN, P.S.** | **FENWICK & WEST, LLP** |
|---|---|
| /s/ Steven K. Linkon | /s/ Guinevere Jobson (with permission) |
| Steven K. Linkon, CSB No. 101056 | Guinevere Jobson, CSB No. 251907 |
| ROUTH CRABTREE OLSEN, P.S. | FENWICK & WEST, LLP |
| 3535 Factoria Blvd. SE, Suite 200 | Silicon Valley Center |
| Bellevue, WA 98006 | 801 California Street |
| 425-586-1952 | Mountain View, CA 94041 |
| 425-283-5252 | 650-988-8500 |
| slinkon@rcolegal.com | 650-938-5200 |
|  | gjobson@fenwick.com |
| Attorneys for Defendant Countrywide FSB | Attorneys for Plaintiff, Patricia M. Hernandez |

STIPULATION AND ORDER EXTENDING TIME
FOR COUNTRYWIDE FSB TO
RESPOND TO COMPLAINT 2 OF 2

ROUTH CRABTREE OLSEN, P.S.
A Law Firm and Professional Services Corporation
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131