UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PATRICIA M. HERNANDEZ, | ) | Case No.: C 08-1630 PVT |
| Plaintiff, | ) ) | **ORDER DISSOLVING ORDER TO SHOW CAUSE; AND** |
| v. | ) ) | **REQUIRING PLAINTIFF TO** |
| PATRICIA ALVAREZ, et al., | ) ) | **COMPLETE SERVICE OF PROCESS ON ALL DEFENDANTS NO LATER** |
| Defendants. | ) ) | **THAN JANUARY 16, 2009** |

On November 13, 2008, this court issued an order to Plaintiff to show cause why she should not be ordered to complete service of process on all Defendants by January 16, 2009.[1] On November 21, 2008, Plaintiff filed a response in which she indicated she would dismiss without prejudice any Defendant she is unable to serve by January 16, 2009. Based on Plaintiff's response and the file herein,

IT IS HEREBY ORDERED that for each Defendant whom Plaintiff has not yet served, Plaintiff shall file either a proof of service or a dismissal without prejudice no later than January 19, 2009.

Dated: *11/24/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*