1  Steven K. Linkon (CSB No. 101056)                    The Honorable Patricia V. Trumbull
   Routh Crabtree Olsen, P.S.
2  3535 Factoria Blvd. SE, Suite 200
   Bellevue, WA 98006
3  Telephone: 425-586-1952
   Fax: 425-283-5952
4  slinkon@rcolegal.com

5  Attorneys for Defendant Countrywide
   Home Loans, Inc.

6

7                    **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
8                       **SAN JOSE DIVISION**

9  PATRICIA M. HERNANDEZ                )
                                        )
10                      Plaintiff,      )    No. C08-01630-PVT
                                        )
11             v.                       )
                                        )    **STIPULATION AND ORDER**
12                                      )    **EXTENDING TIME FOR**
   PATRICIA ALVAREZ, GLORIA ALVAREZ,    )    **COUNTRYWIDE FSB TO RESPOND**
13 DAVID MCCAIN, VISION QUEST 21, INC., )    **TO FIRST AMENDED COMPLAINT**
   COUNTRYWIDE BANK, FSB, MARIPOSA      )
14 MORTGAGE INC., THE CLOSING           )
   COMPANY – ESCROW SERVICE,            )
15 AEQUITAS APPRAISAL GROUP, EDDIE      )
   BURNIAS, MARIO BURNIAS, MICHAEL      )
16 ANDIN, JOANNE WONG, DEANNE           )
   GLOVER, MARIA ANTUNES, MARIA         )
17 RODRIGUEZ, ERIKA SALAZAR,            )
   DARRELL KETTNER, ALEJANDRA           )
18 ANDRADE, ENRIQUE AMEZCUA, and        )
   DOES 1 to 20, inclusive,             )
19                                      )
                        Defendants.     )
20 _____ )

21       Defendant Countrywide Bank, FSB's ("Countrywide") response to Plaintiff's First

22 Amended Complaint was currently due on December 03, 2008. The parties have

23 exchanged settlement proposals and Countrywide has filed a claim with its title insurance

24 carrier and they need additional time to investigate the underlying claim. It would be in the

25 parties' best interest and in the interests of judicial economy to allow the parties a short

26

STIPULATION AND ORDER EXTENDING TIME          **ROUTH CRABTREE OLSEN, P.S.**
FOR COUNTRYWIDE FSB TO                         *A Law Firm and Professional Services Corporation*
RESPOND TO COMPLAINT 1 OF 2                    3535 Factoria Boulevard SE, Suite 200
                                               Bellevue, Washington  98006
                                               Telephone (425) 458-2121
                                               Facsimile (425) 458-2131

period of time to explore the possibility of resolving this dispute before undergoing the expense and burden of moving forward with this litigation;

THEREFORE, Defendants and Plaintiff have stipulated and agreed that Countrywide shall have until January 9, 2008 to respond to the Amended Complaint.

**ORDER**

It is so ordered.

DATED: this __3__ day of ___Dec___, 2008

_Patricia V. Trumbull_
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

**SO STIPULATED AND AGREED:**

| **ROUTH CRABTREE OLSEN, P.S.** | **FENWICK & WEST, LLP** |
|---|---|
| /s/ Steven K. Linkon | /s/ Guinevere Jobson (with permission) |
| Steven K. Linkon, CSB No. 101056 | Guinevere Jobson, CSB No. 251907 |
| ROUTH CRABTREE OLSEN, P.S. | FENWICK & WEST, LLP |
| 3535 Factoria Blvd. SE, Suite 200 | Silicon Valley Center |
| Bellevue, WA 98006 | 801 California Street |
| 425-586-1952 | Mountain View, CA 94041 |
| 425-283-5252 | 650-988-8500 |
| slinkon@rcolegal.com | 650-938-5200 |
| | gjobson@fenwick.com |
| Attorneys for Defendant Countrywide FSB | Attorneys for Plaintiff, Patricia M. Hernandez |

STIPULATION AND ORDER EXTENDING TIME
FOR COUNTRYWIDE FSB TO
RESPOND TO COMPLAINT 2 OF 2

ROUTH CRABTREE OLSEN, P.S.
A Law Firm and Professional Services Corporation
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131