1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   PATRICIA M. HERNANDEZ,              )       Case No.: C 08-1630 PVT
                                         )
13                   Plaintiff,          )       **ORDER** **CONTINUING** **CASE**
                                         )       **MANAGEMENT** **CONFERENCE** **AND**
14          v.                           )       **SETTING** **DEADLINES**
                                         )
15   PATRICIA ALVAREZ, et al.,           )
                                         )
16                   Defendants.         )
     _____)

17

18          There is currently a Case Management Conference set for February 24, 2009.  Not all parties

19   have filed a Case Management Conference Statement.  Therefore, based on the file herein,

20          IT IS HEREBY ORDERED that the Case Management Conference in this case is

21   CONTINUED to March 24, 2009.

22          IT IS FURTHER ORDERED that all parties who have appeared shall file a Case

23   Management Conference Statement no later than March 17, 2009.

24          IT IS FURTHER ORDERED that, no later than March 3, 2009, Plaintiff shall file a request

25   for entry of default against any party who has been served but has not filed an answer (unless the

26   time to answer, including any extensions of time to answer, has not expired).

27          IT IS FURTHER ORDERED that, no later than March 3, 2009, each party who has appeared

28   in this action and who has not already done so shall file *either* a "Consent to Proceed Before a

ORDER, *page 1*

1   United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate

2   Judge and Request for Reassignment."  Both forms are available from the clerk of the court, or from

3   the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

4   Dated: *2/18/09*

5   PATRICIA V. TRUMBULL

6   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*

1

2  *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

3

4  copies mailed on                    to:

5  Gloria Alvarez
   4075 Evergreen Village Sq., #160-123
6  San Jose, CA  95135

7  Enrique Amezcua
   1937 Ceylon Ave.
8  San Jose, CA 95122

9

10                                        _____

11                                        CORINNE LEW
                                          Courtroom Deputy

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*