Steven K. Linkon (CSB No. 101056)
Routh Crabtree Olsen, P.S.
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006
Telephone: 425-586-1952
Fax: 425-283-5952
slinkon@rcolegal.com

The Honorable Patricia V. Trumbull

Attorneys for Defendant Countrywide
Home Loans, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> PATRICIA ALVAREZ, GLORIA ALVAREZ, DAVID MCCAIN, VISION QUEST 21, INC., COUNTRYWIDE BANK, FSB, MARIPOSA MORTGAGE INC., THE CLOSING COMPANY – ESCROW SERVICE, AEQUITAS APPRAISAL GROUP, EDDIE BURNIAS, MARIO BURNIAS, MICHAEL ANDIN, JOANNE WONG, DEANNE GLOVER, MARIA ANTUNES, MARIA RODRIGUEZ, ERIKA SALAZAR, DARRELL KETTNER, ALEJANDRA ANDRADE, ENRIQUE AMEZCUA, and DOES 1 to 20, inclusive, <br><br> Defendants. | No. C08-01630-PVT <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR COUNTRYWIDE FSB TO RESPOND TO FIRST AMENDED COMPLAINT** |

Defendant Countrywide Bank, FSB's ("Countrywide") and Plaintiff Patricia M. Hernandez, hereby stipulate to extend Countrywide's time to respond to Plaintiff's First Amended Complaint. The parties have exchanged settlement proposals and Countrywide has filed a claim with its title insurance carrier and they need additional time to investigate the underlying claim. It would be in the parties' best interest and in the interests of judicial

STIPULATION AND ORDER EXTENDING TIME
FOR COUNTRYWIDE FSB TO
RESPOND TO COMPLAINT 1 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

economy to allow the parties a short period of time to explore the possibility of resolving this dispute before undergoing the expense and burden of moving forward with this litigation;

THEREFORE, Defendant Countrywide and Plaintiff have stipulated and agreed that Countrywide shall have until February 27, 2009 to respond to the Amended Complaint.

**ORDER**

It is so ordered.

DATED:  this  __18__  day of _Feb_ , 2009

_Patricia V. Trumbull_
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

**SO STIPULATED AND AGREED:**

**ROUTH CRABTREE OLSEN, P.S.**           **FENWICK & WEST, LLP**

/s/ Steven K. Linkon_____            /s/ Guinevere Jobson (with permission)
Steven K. Linkon, CSB No. 101056         Guinevere Jobson, CSB No. 251907
ROUTH CRABTREE OLSEN, P.S.               FENWICK & WEST, LLP
3535 Factoria Blvd. SE, Suite 200        Silicon Valley Center
Bellevue, WA 98006                       801 California Street
425-586-1952                             Mountain View, CA 94041
425-283-5252                             650-988-8500
slinkon@rcolegal.com                     650-938-5200
                                         gjobson@fenwick.com

Attorneys for Defendant Countrywide FSB    Attorneys for Plaintiff, Patricia M. Hernandez

---

STIPULATION AND ORDER EXTENDING TIME
FOR COUNTRYWIDE FSB TO
RESPOND TO COMPLAINT 2 OF 2

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington  98006
Telephone (425) 458-2121
Facsimile (425) 458-2131