UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICIA ALVAREZ, et al.,<br><br>    Defendants. | Case No.: C 08-1630 PVT<br><br>**ORDER THAT CASE BE REASSIGNED AND VACATING CASE MANAGEMENT CONFERENCE** |

There is currently a Case Management Conference set for March 24, 2009. On February 18, 2009, this court issued an order setting a deadline of March 3, 2009 for each party who has appeared in this action to file *either* a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." As of the date of this order, two parties who have appeared (Defendants Gloria Alvarez and Enrique Amezcua) have not filed either document. Therefore,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge. Absent consent of all parties, a Magistrate Judge cannot preside over a case. *See* 28 U.S.C. § 636.

IT IS FURTHER ORDERED that the Case Management Conference is VACATED. A Case Management Conference will be scheduled to be heard by the District Judge to whom this case is reassigned.

Dated: *3/9/09*

                                     PATRICIA V. TRUMBULL
                                     United States Magistrate Judge

ORDER, *page 1*

| | |
|---|---|
| 1 | |
| 2 | ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.*** |
| 3 | <u>copies mailed on                    to:</u> |
| 4 | Gloria Alvarez |
|   | 4075 Evergreen Village Sq., #160-123 |
| 5 | San Jose, CA  95135 |
| 6 | Enrique Amezcua |
|   | 1937 Ceylon Ave. |
| 7 | San Jose, CA 95122 |
| 8 | |
| 9 | |
|   | _____ |
|   | CORINNE LEW |
| 10 | Courtroom Deputy |

ORDER, *page 2*