1  EMMETT C. STANTON (CSB NO. 83930)
   estanton@fenwick.com
2  CATHLEEN DONOHOE (CSB NO. 228729)
   cdonohoe@fenwick.com
3  CHRISTOPHER WALTON (CSB NO. 240070)
   cwalton@fenwick.com
4  GUINEVERE L. JOBSON (CSB NO. 251907)
   gjobson@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA 94041
7  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
8
   Attorneys for Plaintiff
9  Patricia M. Hernandez

IT IS SO ORDERED

*James Ware*

Judge James Ware

1/6/2010

10

11          UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13              SAN JOSE DIVISION

14

15  PATRICIA M. HERNANDEZ,            Case No.  C08-01630- JW (PVT)

             Plaintiff,
16                                    **STIPULATION DISMISSING DARRELL
   v.                                 KETTNER AND AEQUETAS APPRAISAL
17                                    GROUP WITHOUT PREJUDICE**
   PATRICIA ALVAREZ et. al.,
18
             Defendants.
19

20

21      The undersigned counsel for the Plaintiff and the counsel for Defendants Darrell Kettner

    and Aequitas Appraisal Group ("Appraiser-Defendants") hereby agree as follows:
22
             1.  Plaintiff shall dismiss without prejudice, pursuant to Fed. R. Civ. P.
23
                 41(a)(1)(A)(ii), all claims against the Appraiser-Defendants.
24
             2.  Each Party shall bear its own costs and attorneys' fees.
25
             3.  Counsel for the Appraiser-Defendants agrees to accept service by e-mail, fax, or
26
                 U.S. mail, on behalf the Appraiser-Defendants for any and all documents that
27
                 might be filed in this action hereafter, including any third party subpoena that
28

STIP. DISMISSING APPRIASER
DEFENDANTS WITHOUT PREJUDICE

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Plaintiff may serve on the Appraiser-Defendants.

4. Other than as set forth herein, the Parties reserve all, and do not waive, any defenses and other rights they may have with respect to any claims asserted by another, and this Stipulation shall not be asserted or construed to be a waiver of any claim, right, or defense of any Party as against another Party.

5. This Stipulation is not, and shall not be asserted or construed to be, an admission or indication that any Party bears any actual or potential liability to any person on any claims whatsoever, nor shall it be asserted or construed to be a waiver of any claims that any Party may have against any person.

6. This Stipulation shall not operate to extend or stay the limitation periods that may apply to the claims asserted against the Appraiser Defendants.

IT IS SO STIPULATED

Dated: August 28, 2008

FENWICK & WEST LLP

By: _____
              Christopher Walton

Attorneys for Plaintiff
Patricia M. Hernandez

Dated: August 28, 2008

ERICKSEN, ARBUTHNOT, KILDUFF, DAY
& LINDSTROM, INC.

By: _____
              Steve W. Dollar

Attorneys for Defendants
Darrell Kettner and Aequitas Appraisal Group

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW