| | |
|---|---|
| EMMETT C. STANTON (CSB NO. 83930)<br>(e-mail: estanton@fenwick.com)<br>CATHLEEN DONOHOE (CSB NO. 228729)<br>(e-mail: cdonohoe@fenwick.com)<br>GUINEVERE L. JOBSON (CSB NO. 251907)<br>(e-mail: gjobson@fenwick.com)<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200 | STEVEN K. LINKON (CSB NO.101056)<br>slinkon@rcolegal.com<br>Routh Crabtree Olsen, P.S.<br>3535 Factoria Blvd. SE, Suite 200<br>Bellevue, WA 98006<br>Telephone: (425) 586-1952<br>Facsimile: (425) 283-5952<br><br>Attorneys for Defendant<br>Countrywide Bank FSB |

ANNETTE KIRKHAM (CSB NO. 217958)
(e-mail: annettek@lawfoundation.org)
DIANA CASTILLO (CSB NO. 237281)
(e-mail: dianac@lawfoundation.org)
LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
152 North Third Street, 3rd Floor
San Jose, CA 95112
Telephone: (408) 280-2448
Facsimile: (408) 293-0106

Attorneys for Plaintiff
PATRICIA M. HERNANDEZ

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ,<br><br>      Plaintiff,<br><br>v.<br><br>PATRICIA ALVAREZ, *et al.*,<br><br>      Defendants. | Case No. C08-01630-JW<br><br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |

**WHEREAS** Plaintiff Patricia M. Hernandez ("Plaintiff") and Defendant Countrywide Bank FSB ("Defendant Countrywide") have executed a Settlement Agreement in connection with the above-captioned Action; and

**WHEREAS** the Plaintiff and Defendant Countrywide have further agreed that the United States District Court for the Northern District, San Jose should retain Jurisdiction to enforce any or all terms of said Settlement Agreement.

**NOW THEREFORE**, based on the facts recited above, the Plaintiff and Defendant Countrywide by and through their counsel, hereby stipulate as follows:

(1) The above-referenced Settlement Agreement is incorporated by reference into this Stipulation and [Proposed] Order as if fully set forth herein.

(2) The above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO STIPULATED**.

Dated: December 18, 2009   FENWICK & WEST LLP

By: */s/ Guinevere L. Jobson*
　　　Guinevere L. Jobson

Attorneys for Plaintiff
Patricia M. Hernandez

Dated: December 18, 2009   ROUTH CRABTREE OLSEN, P.S.

By: */s/ Steven K. Linkon*
　　　Steven K. Linkon

Attorneys for Defendant Countrywide Bank FSB

NOTICE OF SETTLEMENT AGREEMENT   1
AND STIPULATION OF DISMISSAL                    Case No. C08-01630-JW

# **[~~PROPOSED~~] ORDER**

The Court hereby incorporates all of the paragraphs above into its Order.

The Clerk shall terminate Countrywide Bank FSB as a Defendant from this Docket.

**IT IS SO ORDERED**.

Dated: January 6, 2010

_____
The Honorable James Ware
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW