EMMETT C. STANTON (CSB NO. 83930)
(e-mail: estanton@fenwick.com)
CATHLEEN DONOHOE (CSB NO. 228729)
(e-mail: cdonohoe@fenwick.com)
GUINEVERE L. JOBSON (CSB NO. 251907)
(e-mail: gjobson@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Fax: (650) 938-5200

ANNETTE KIRKHAM (CSB NO. 217958)
(e-mail: annettek@lawfoundation.org)
DIANA CASTILLO (CSB NO. 237281)
(e-mail: dianac@lawfoundation.org)
LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
152 North 3rd Street, 3rd Floor
San Jose, CA 95112
Telephone: (408) 280-2448
Fax: (408) 293-0106

Attorneys for Plaintiff
PATRICIA M. HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA ALVAREZ et al.,<br><br>Defendants. | Case No. 5:08-cv-01630-JW<br><br>**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS GLORIA ALVAREZ, MARIO BURNIAS AND ENRIQUE AMEZCUA AND [PROPOSED] ORDER** |

IT IS SO ORDERED
*Judge James Ware*

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

CASE NO. 5:08-cv-01630-JW

1   Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Patricia M. Hernandez
2   hereby requests that this Court dismiss the following named Defendants in the above-captioned
3   action WITHOUT PREJUDICE:
4       1.   Gloria Alvarez;
5       2.   Mario Burnias; and
6       3.   Enrique Amezcua.
7   Plaintiff has reached a settlement agreement with other named Defendants and is therefore not
8   pursuing her claims against Gloria Alvarez, Mario Burnias or Enrique Amezcua at this time.
9   Furthermore, as none of the above named Defendants has pleaded a counterclaim, a dismissal
10  under 41(a)(2) is proper.

Dated: January 4, 2010                                    FENWICK & WEST LLP


                                                          By: /s/ *Guinevere L. Jobson*
                                                                  Guinevere L. Jobson

                                                          Attorneys for Plaintiff
                                                          Patricia M. Hernandez

# [~~PROPOSED~~] ORDER

The Court hereby incorporates the paragraphs above into its Order and dismisses Defendants Gloria Alvarez, Mario Burnias and Enrique Amezcua without prejudice.

**IT IS SO ORDERED**.

The Clerk shall terminate these Defendants from the Docket.

Dated: January 6, 2010

*James Ware*

The Honorable James Ware
United States District Judge