1  EMMETT C. STANTON (CSB NO. 83930)
   (e-mail: estanton@fenwick.com)
2  CATHLEEN DONOHOE (CSB NO. 228729)
   (e-mail: cdonohoe@fenwick.com)
3  GUINEVERE L. JOBSON (CSB NO. 251907)
   (e-mail: gjobson@fenwick.com)
4  FENWICK & WEST LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, CA 94041
6  Telephone: (650) 988-8500
   Fax: (650) 938-5200
7
   ANNETTE KIRKHAM (CSB NO. 217958)
8  (e-mail: annettek@lawfoundation.org)
   DIANA CASTILLO (CSB NO. 237281)
9  (e-mail: dianac@lawfoundation.org)
   LAW FOUNDATION OF SILICON VALLEY
10 FAIR HOUSING LAW PROJECT
   152 North 3rd Street, 3rd Floor
11 San Jose, CA 95112
   Telephone: (408) 280-2448
12 Fax: (408) 293-0106

13 Attorneys for Plaintiff
   PATRICIA M. HERNANDEZ

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA M. HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA ALVAREZ et al.,<br><br>Defendants. | Case No. 5:08-cv-01630-JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS MARIPOSA MORTGAGE, INC., EDDIE BURNIAS, MICHAEL ANDIN, MARIA ANTUNES, AND ALEJANDRA ANDRADE** |

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

CASE NO. 5:08-cv-01630-JW

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Patricia M. Hernandez hereby voluntarily dismisses the following named defendants in the above-captioned action WITHOUT PREJUDICE:

1. Mariposa Mortgage, Inc.;
2. Eddie Burnias;
3. Michael Andin;
4. Maria Antunes; and
5. Alejandra Andrade.

Dated: January 4, 2010

FENWICK & WEST LLP

By: /s/ *Guinevere L. Jobson*
      Guinevere L. Jobson

Attorneys for Plaintiff
Patricia M. Hernandez

**\*\*\* ORDER \*\*\***

As the above named Defendants are the last remaining Defendants in this action, the Clerk of Court shall close this file.

Dated: January 6, 2010

_____
JAMES WARE
United States District Judge